NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MICHAEL A. HONEA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF HOMELAND SECURITY,**
*Intervenor.*

---

2012-3199

---

Petition for review of the Merit Systems Protection Board in case no. DE315H110178-I-1.

---

## ON MOTION

---

## ORDER

The Department of Homeland Security (DHS) moves without opposition to reform the caption to name the Merit Systems Protection Board (Board) as respondent and DHS as intervenor.

MICHAEL HONEA V. MSPB                                             2

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed this appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. The response briefs of the Board and DHS are due within 21 days of the date of filing of this order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21